

| William Cafaro, Esq.<br>*Partner*<br>ADMITTED IN NY, CA, MD & TX<br>Email: bcafaro@cafaroesq.com<br><br>*Amit Kumar, Esq.*<br>*Managing Attorney*<br>ADMITTED IN NY & NJ<br>Email: akumar@cafaroesq.com<br><br>*Andrew S. Buzin, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY, FL & DC | 108 West 39th Street, Suite 602<br>New York, New York 10018<br>Telephone: 212.583.7400<br>Facsimile: 212.583.7401<br>www.cafaroesq.com | *Louis M. Leon, Esq.*<br>*Associate*<br>ADMITTED IN NY<br>Email: lleon@cafaroesq.com<br><br>*Matthew S. Blum, Esq.*<br>*Of Counsel*<br>ADMITTED IN NY<br>Email: mblum@cafaroesq.com |
|---|---|---|

June 23, 2021

**<u>Via ECF</u>**
Hon. Loretta A. Preska, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Rom 2220
New York, New York 10007

        Re: *Lance Mincey v. 1199/SEIU Greater New York Worker*
        *Participation Fund, Inc., et al*
        Case No. 21-cv-01070 (LAP)

Your Honor:

  This office represents the Plaintiff, Lance Mincey, in this employment discrimination action against Defendants. In an earlier submission, we asked the Court to lift the stay in the proceedings. [DE 15]. The Court has not yet decided on this request, and thus all deadlines in the case remain stayed. Since filing our letter, Defendants' counsel, Patricia McConnell, has informed us in writing that Defendants view Plaintiff's case as frivolous and that they "will not settle for even nuisance value." In other words, they have zero interest in resolving this case. As Defendants and their counsel do not intend to negotiate with Plaintiff - whether now or at the mediation scheduled for July 9, 2021 - we respectfully ask that the mediation be canceled and that the parties submit a joint scheduling Order. Although we would rather not make this request, we believe that it is necessary to conserving litigation resources. We thank the Court for its attention to this matter.

           Respectfully submitted,

            /s/
          By Louis M. Leon, Esq. (LL 2057)
          108 West 39th Street, Suite 602
          New York, New York 10018
          LLeon@cafaroesq.com

```
The stay previously entered in the case is hereby
terminated.  The request to cancel mediation is granted.
The parties shall confer and submit a joint scheduling
order no later than July 7, 2021.  SO ORDERED.
```

*Loretta A. Preska* 6/24/2021