UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LANCE MINCEY,<br><br>　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>1199/SEIU GREATER NEW YORK WORKER PARTICIPATION FUND, INC. et al.,<br><br>　　　　　　　　Defendants. | 1:21-cv-01070 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

　　The Court is in receipt of the parties' joint request for a 60-day extension of deadlines in this case. *See* ECF No. 38. It is hereby ORDERED that the deadline for the close of discovery is extended to **November 21, 2022** and the deadline for filing a letter requesting a pre-motion conference for the purposes of filing a dispositive motion is extended to **December 12, 2022**.

Dated:　September 26, 2022
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge