UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

LANCE MINCEY,

                               Plaintiff,

      -against-

1199SEIU NATIONAL BENEFIT FUND, ET AL,

                             Defendants.
------------------------------------------------------------------X

**ORDER**

**21-CV-1070 (JLR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      This case was referred to Magistrate Judge Willis on December 5, 2022 for settlement. Dkt. No. 44.  The parties are directed to contact Courtroom Deputy Christopher Davis via e-mail at WillisNYSDChambers@nysd.uscourts.gov and provide their availability for a settlement conference by **December 8, 2022**.  The Court is available the 5th, 9th, 10th, 12th, 23rd, and 26th of January 2023.

      SO ORDERED.

DATED:    New York, New York
              December 6, 2022

                                              *Jennifer E. Willis*
                                              JENNIFER E. WILLIS
                                              United States Magistrate Judge