UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

LANCE MINCEY,

                            Plaintiff,

                -against-

1199SEIU NATIONAL BENEFIT FUND, ET AL,

                           Defendants.
-----------------------------------------------------------------X

**ORDER**

**21-CV-1070 (JLR) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

      A settlement conference in this matter is scheduled for **January 26, 2023 at 10:30 a.m.** in Courtroom 228, United States Courthouse, 40 Foley Square, New York, New York.  The parties must review Judge Willis's Standing Order for All Cases Referred for Settlement and prepare pre-conference submissions accordingly.  Pre-conference submissions must be received by the Court no later than **January 19, 2023**.

      SO ORDERED.

Dated: December 8, 2022
       New York, New York

                                                                   _____
                                                                   JENNIFER E. WILLIS
                                                                   United States Magistrate Judge